1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2
SARA WINSLOW (DCBN 457643)
3 Chief, Civil Division
Assistant United States Attorney
4
  450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6925
6  FAX: (415) 436-6748
   Sara.winslow@usdoj.gov
7
Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDDY JAVIER BERMUDEZ, | C 20-00924 SVK |
| Petitioner, | |
| v. | **STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER** |
| WILLIAM BARR, Attorney General of the United States, et al., | |
| Respondents. | |

Subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Petitioner had been interviewed.

2. USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

3. Except for limited emergency situations, USCIS offices are currently closed to the public due to the current public health crisis related to COVID-19. Therefore, USCIS is not able to schedule the Petitioner for an interview at this time. USCIS will schedule an interview with the Petitioner within 30 days after USCIS resumes normal operations and is open to the public for interviewing.

4. The Court shall remand this case to USCIS, 1450 Coleman Ave, Santa Clara, CA 95050, directing the agency to take any and all necessary actions, and to issue a decision on Petitioner's application for naturalization within 45 days after the interview contingent upon the Petitioner submitting all evidence requested by USCIS.

5. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 4 above, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

6. Each party will bear their own costs and attorney fees.

Date: April 3, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Respondents

Dated: April 3, 2020

/s/
FRANK P. SPROULS
Attorney for Petitioner

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 10, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge

Stipulation to Remand
C 20-00924 SVK    2